1  DAVIS & LEONARD, LLP
   Mark R. Leonard (State Bar No. 219186)
2  mleonard@davisandleonard.com
   8880 Cal Center Drive
3  Suite 180
   Sacramento, California 95826
4  Telephone: (916) 362-9000
   Fax: (916) 362-9066
5
   Attorneys for Plaintiff
6  MONSTER CABLE PRODUCTS, INC.

7  KILPATRICK TOWNSEND & STOCKTON LLP
   Gregory G. Gilchrist (State Bar No. 111536)
8  ggilchrist@kipatricktownsend.com
   Margaret M. McHugh (State Bar No. 133907)
9  mmchugh@kilpatricktownsend.com
   Tali L. Alban (State Bar No. 233694)
10 tlalban@kilpatricktownsend.com
   Two Embarcadero Center, Eighth Floor
11 San Francisco, California  94111
   Telephone: (415) 576-0200
12 Facsimile: (415) 576-0300

13 Attorneys for Defendant
   DOLBY LABORATORIES LICENSING CORPORATION
14

15

16                     UNITED STATES DISTRICT COURT

17                     EASTERN DISTRICT OF CALIFORNIA

18

19 MONSTER CABLE PRODUCTS, INC., a          Case No.    2:11-CV-02975-MCE -KJN
   California Corporation,
20                                          STIPULATION AND ORDER FOR
                  Plaintiff,                SIXTY DAY STAY OF CASE
21                                          PENDING SETTLEMENT
          v.                                DISCUSSIONS
22
   DOLBY LABORATORIES LICENSING
23 CORPORATION, a New York Corporation,

24                Defendant.

25

26
          1.     Pursuant to Local Rules 143 and 144, Plaintiff Monster Cable Products, Inc. and
27
   Defendant Dolby Laboratories Licensing Corporation (collectively referred to as "the Parties"),
28

STIPULATION AND ORDER FOR SIXTY DAY STAY OF CASE PENDING SETTLEMENT DISCUSSIONS
CV-02975-MCE –KJN

1  request that the Court stay this case for 60 days pending their settlement discussion.

2

3       2.      Plaintiff filed this action for declaratory judgment on November 8, 2011.  Pursuant to

4  Defendant's waiver of service of summons, Defendant's Answer to the Complaint is due on January 9,

5  2012.

6

7       3.      The Parties are currently involved in settlement discussions in order to resolve this
   dispute as well as a number of  related actions.

8       4.      In light of their desire to settle this matter expeditiously and without using more of this

9  Court's resources, the Parties stipulate to a sixty day stay of this Action and accordingly respectfully

10 request that this Court enter an order staying the case until March 9, 2012.  The Parties propose that,

11 should settlement discussions fail, the stay shall expire, Defendant's responsive pleading to the

12 Complaint shall be due on March 9, 2012, and pursuant to the Court's November 9, 2011 Order the

13 parties shall file a joint status report by April 9, 2012.  Currently, there are no other dates that have

14 been set by the Court.

15

16 DATED:  January 3, 2012                    Respectfully submitted,

17                                            DAVIS & LEONARD, LLP

18
                                             By:   /s/Mark R. Leonard
19                                                 Mark R. Leonard
                                                   Attorneys for Plaintiff
20                                                 MONSTER CABLE PRODUCTS, INC.

21

22

23

24

25

26

27

28

1  DATED:  January 3, 2012                Respectfully submitted,

2                                          KILPATRICK TOWNSEND & STOCKTON

3
                                          By:  /s/ Gregory S. Gilchrist
4                                                Gregory S. Gilchrist

5                                          Attorneys for Defendant
                                          DOLBY LABORATORIES LICENSING
6                                          CORPORATION

7
   **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**
8

9  Dated:  January 10, 2012

10

11                                         MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR SIXTY DAY STAY OF CASE PENDING SETTLEMENT DISCUSSIONS
CV-02975-MCE –KJN