DAVIS & LEONARD, LLP
Mark R. Leonard (State Bar No. 219186)
mleonard@davisandleonard.com
8880 Cal Center Drive
Suite 180
Sacramento, California 95826
Telephone: (916) 362-9000
Fax: (916) 362-9066

Attorneys for Plaintiff
MONSTER CABLE PRODUCTS, INC.

KILPATRICK TOWNSEND & STOCKTON LLP
Gregory G. Gilchrist (State Bar No. 111536)
ggilchrist@kipatricktownsend.com
Margaret M. McHugh (State Bar No. 133907)
mmchugh@kilpatricktownsend.com
Tali L. Alban (State Bar No. 233694)
tlalban@kilpatricktownsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Defendant
DOLBY LABORATORIES LICENSING CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., a California Corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>DOLBY LABORATORIES LICENSING CORPORATION, a New York Corporation,<br><br>                    Defendant. | Case No.    2:11-CV-02975-MCE -KJN<br><br>STIPULATION AND ORDER FOR SIXTY DAY STAY OF CASE PENDING SETTLEMENT DISCUSSIONS |

   1.     Pursuant to Local Rules 143 and 144, Plaintiff Monster Cable Products, Inc. and

Defendant Dolby Laboratories Licensing Corporation (collectively referred to as "the Parties"),

request that the Court stay this case for 60 days pending their settlement discussion.

2. Plaintiff filed this action for declaratory judgment on November 8, 2011. Pursuant to Defendant's waiver of service of summons, Defendant's Answer to the Complaint is due on January 9, 2012.

3. The Parties are currently involved in settlement discussions in order to resolve this dispute as well as a number of related actions.

4. In light of their desire to settle this matter expeditiously and without using more of this Court's resources, the Parties stipulate to a sixty day stay of this Action and accordingly respectfully request that this Court enter an order staying the case until March 9, 2012. The Parties propose that, should settlement discussions fail, the stay shall expire, Defendant's responsive pleading to the Complaint shall be due on March 9, 2012, and pursuant to the Court's November 9, 2011 Order the parties shall file a joint status report by April 9, 2012. Currently, there are no other dates that have been set by the Court.

DATED: January 3, 2012            Respectfully submitted,

                                  DAVIS & LEONARD, LLP


                                  By:  /s/Mark R. Leonard
                                       Mark R. Leonard
                                       Attorneys for Plaintiff
                                       MONSTER CABLE PRODUCTS, INC.

STIPULATION AND ORDER FOR SIXTY DAY STAY OF CASE PENDING SETTLEMENT DISCUSSIONS
CV-02975-MCE –KJN

DATED: January 3, 2012

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON

By: */s/ Gregory S. Gilchrist*
     Gregory S. Gilchrist

Attorneys for Defendant
DOLBY LABORATORIES LICENSING CORPORATION

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: January 10, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE