DAVIS & LEONARD, LLP
Mark R. Leonard (State Bar No. 219186)
mleonard@davisandleonard.com
8880 Cal Center Drive
Suite 180
Sacramento, California 95826
Telephone: (916) 362-9000
Fax: (916) 362-9066

Attorneys for Plaintiff
MONSTER CABLE PRODUCTS, INC.

KILPATRICK TOWNSEND & STOCKTON LLP
Gregory G. Gilchrist (State Bar No. 111536)
ggilchrist@kipatricktownsend.com
Margaret M. McHugh (State Bar No. 133907)
mmchugh@kilpatricktownsend.com
Tali L. Alban (State Bar No. 233694)
tlalban@kilpatricktownsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Defendant
DOLBY LABORATORIES LICENSING CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., a California Corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>DOLBY LABORATORIES LICENSING CORPORATION, a New York Corporation,<br><br>                    Defendant. | Case No.    11-CV-02975-MCE -KJN<br><br>STIPULATION AND [PROPOSED] ORDER FOR SIXTY DAY STAY OF CASE PENDING SETTLEMENT DISCUSSIONS |

1.     Pursuant to Local Rules 143 and 144, Plaintiff Monster Cable Products, Inc. and Defendant Dolby Laboratories Licensing Corporation (collectively referred to as "the Parties"), request that the Court stay this case for 30 days pending their continued settlement discussions.

2.   On January 10, 2012 this Court entered an order, pursuant to the Parties' stipulation, staying the case until March 9, 2012 and providing that Defendant's responsive pleading to the Complaint shall be due on March 9, 2012 and the Parties shall file a joint status report by April 9, 2012.  Currently, there are no other dates that have been set by the Court.

3.   The Parties settlement discussions are continuing, but are unlikely to be completed by March 9.  Therefore the Parties propose that, should settlement discussions fail, the stay shall expire, Defendant's responsive pleading to the Complaint shall be due on April 8, 2012, and pursuant to the Court's November 9, 2011 Order the parties shall file a joint status report by May 9, 2012.  Currently, there are no other dates that have been set by the Court.

DATED:  February 29, 2012          Respectfully submitted,

DAVIS & LEONARD, LLP

By:  /s/Mark R. Leonard
     Mark R. Leonard
     Attorneys for Plaintiff
     MONSTER CABLE PRODUCTS, INC.

DATED:  February 29, 2012          Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON

By:  /s/ Gregory S. Gilchrist
     Gregory S. Gilchrist

     Attorneys for Defendant
     DOLBY LABORATORIES LICENSING
     CORPORATION

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated:  March 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE