1  DAVIS & LEONARD, LLP
   MARK R. LEONARD (State Bar No. 219186)
2  8880 Cal Center Drive, Suite 180
   Sacramento, CA  95826
3  Telephone:  916-362-9000
   Facsimile:   916 362-9066
4  Email: mleonard@davisandleonard.com

5  Attorneys for Plaintiff and Counterdefendant
   MONSTER CABLE PRODUCTS, INC.
6

7  KILPATRICK TOWNSEND & STOCKTON LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
8  Two Embarcadero Center Eighth Floor
   San Francisco, CA  94111
9  Telephone:  (415) 576-0200
   Facsimile:   (415) 576-0300
10 Email: ggilchrist@kilpatricktownsend.com

11 Attorneys for Defendant and Counterclaimant
   DOLBY LABORATORIES LICENSING CORPORATION
12

13                UNITED STATES DISTRICT COURT

14              FOR THE EASTERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., a California corporation, | Case No. 11-cv-02975 MCE KJN |
| Plaintiff, | Complaint Filed:   11/08/2011 |
| v. | ORDER FOR POSTPONEMENT OF DEADLINE FOR FILING JOINT STATUS REPORT AND RULE 26(F) DISCOVERY PLAN UNTIL AFTER DETERMINATION OF THE MOTION TO TRANSFER VENUE |
| DOLBY LABORATORIES LICENSING CORPORATION, a New York corporation, | |
| Defendant. | |
| DOLBY LABORATORIES LICENSING CORPORATION, a New York corporation, | |
| Counterclaimant, | |
| v. | |
| MONSTER CABLE PRODUCTS, INC., a California corporation, | |
| Counterdefendant. | |



[PROPOSED] ORDER RE JOINT STATUS REPORT AND RULE 26(f) DISCOVERY PLAN
CASE NO. 11-cv-02975 MCE KJN

1   **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**  The May 9, 2012,
2   deadline for filing the joint status report and Rule 26(f) discovery plan is vacated.  A new deadline
3   will be set, if necessary, upon this Court's ruling on Dolby Licensing Laboratories, Inc.'s Motion
4   to Transfer Venue.

Dated:  May 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

