KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: ggilchrist@kilpatricktownsend.com

Attorneys for Defendant and Counterclaimant
DOLBY LABORATORIES LICENSING CORPORATION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>DOLBY LABORATORIES LICENSING CORPORATION, a New York corporation,<br><br>        Defendant.<br><br>DOLBY LABORATORIES LICENSING CORPORATION,<br><br>        Counterclaimant,<br><br>    v.<br><br>MONSTER CABLE PRODUCTS, INC.,<br><br>        Counterdefendant. | Case No. 11-cv-02975 MCE KJN<br><br>**ORDER GRANTING DOLBY LABORATORIES LICENSING CORPORATIONS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Date:     May 17, 2012<br>Time:     2:00 p.m.<br>Ctrm.:    7, 14th Floor<br>          Hon. Morrison C. England, Jr. |

   This Court has considered the papers submitted by the parties and their respective counsel in connection with Defendant and Counterclaimant Dolby Laboratories Licensing Corporation's

Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), the evidence of record and the pleadings and papers on file with the Court.

GOOD CAUSE APPEARING IT IS ORDERED that for the convenience of the Court, the witnesses and the parties, and in the interest of justice, and having considered Plaintiff's Statement of Non-Opposition, the Motion of Defendant and Counterclaimant Dolby Laboratories Licensing Corporation to transfer this action to the United States District Court for the Northern District of California (ECF No. 13) is GRANTED.[1]

The Clerk of the Court shall immediately TRANSFER this action to the United States District Court for the Northern District of California and shall close this case.

Dated: May 10, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 230(g).